Eastern District of Kentucky
FILED
APR 18 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON**

UNITED STATES OF AMERICA

V.                                                INDICTMENT NO. 5:24-CR-36-KKC-MAS
                                                  18 U.S.C. § 922(g)(1)

**DAVID ALLEN BAXTER**

* * * * *

**THE GRAND JURY CHARGES:**

On or about February 9, 2024, in Fayette County, in the Eastern District of Kentucky,

**DAVID ALLEN BAXTER,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, to wit, a Springfield Armory, Model: XDs-45. Cal.: .45ACP, pistol, SN: S3251397, that was in and affecting interstate commerce, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS
18 U.S.C. § 924(d)
28 U.S.C. § 2461**

1.  By virtue of the commission of the offense alleged in this Indictment, **DAVID ALLEN BAXTER** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violations of 18 U.S.C.

§ 922. Any and all interest that **DAVID ALLEN BAXTER** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARMS AND AMMUNITION:**

    a. Springfield Armory, Model: XDs-45. Cal.: ,45ACP, pistol SN: S3251397
    b. Six (6) rounds of assorted .45 caliber ammunition

**A TRUE BILL**

[signature redacted]

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## **PENALTIES**

Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

**If armed career criminal:** Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**             Forfeiture of all listed property.

**PLUS:**             Mandatory special assessment of $100 per count.

**PLUS:**             Restitution, if applicable.